# MINUTE ORDER

Page 2

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 9TH Floor         Date: 10/5/2021   Time: 2:00 p.m.

Defendant: 2) STRICTLY REPTILES, INC     J#: _____    Case #: 21-CR-20495-WILLIAMS
AUSA: Thomas Watts-Fitzgerald     Attorney: JEFFREY MARCUS AND BRANDON FLOCH (RETAINED)
Violation: CONSPIRACY TO TRAFFIC ILLEGAL WILDLIFE IN INTERSTATE/FOREIGN COMMERCE     Surr/Arrest Date: 10/5/2021   YOB:

Proceeding: Initial Appearance     CJA Appt: _____
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond: _____
Bond Set at: _____     Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: _____

Disposition:
- Deft consented to proceed by VTC.
- Deft advised of his rights & charges;
- Deft waived indictment (no written waiver)
- Deft Arraigned

Reading of Indictment Waived ✓
Not Guilty plea entered ✓
Jury trial demanded ✓
Standing Discovery Order Requested ✓

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____
D.A.R. 14:02:25     Time in Court: 5 minutes

s/Lisette Marie Reid                              Magistrate Judge