## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20495-KMW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL VAN NOSTRAND, et al.,

       Defendants.

_____/

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO TRAVEL

**THIS CAUSE** came before the Court on Defendant Michael Van Nostrand's Unopposed Motion to Travel (the "Motion"), in which Mr. Van Nostrand requests the Court's permission to travel to Helen, Georgia from October 14, 2021 to October 17, 2021 for the purpose of attending his high school reunion. The Court, having reviewed the Motion, having been informed that the United States of America does not oppose the Motion, and being otherwise fully advised in the premises, it is hereby

       **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

The Court authorizes Mr. Van Nostrand to travel to Helen, Georgia from October 14, 2021 through October 17, 2021 for the purpose of attending a high school reunion. The standard condition of bond that prohibits Mr. Van Nostrand from traveling outside of the Southern District of Florida without prior court approval is hereby temporary lifted for the purpose of allowing Mr. Van Nostrand to travel as provided in this order.

       **DONE AND ORDERED** in chambers at Miami, Florida, this _____ day of October, 2021.

_____
KATHLEEN WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of record
United States Probation Office